IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIK DUPREE EDWARDS | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MONROE COUNTY | : | |
| and | : | |
| CORRECTIONAL OFFICER | : | |
| SILVERIO (HOTEL #168) | : | |
| and | : | |
| CORRECTIONAL OFFICER HOWEY | : | |
| and | : | |
| CORRECTIONAL OFFICER | : | CIVIL ACTION NO.: 4:19-cv-00107 |
| MARTYNOWICZ | : | |
| and | : | |
| CORRECTIONAL OFFICER WOJY | : | |
| and | : | |
| CORRECTIONAL OFFICER LAYLOR | : | |
| and | : | |
| SERGEANT PEREZ (HOTEL #19) | : | |
| and | : | |
| WARDEN GARRY HAIDLE | : | |
| | : | |
| *Defendants* | : | |

## CERTIFICATE OF SERVICE

I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on January 22, 2019, a true and correct copy of the Complaint in this matter was served upon Defendant, Correctional Officer Laylor c/o Monroe County Correctional Facility, 4250 Manor Avenue, Stroudsburg, PA  18360, as evidenced by the attached true and correct copy of the transmittal letter.

I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Theresa M. Miller
**Printed Name**

**Signature**

**DATED:**      February 4, 2019



**Law Offices of**
**Richard M. Wiener, LLC**

Richard M. Wiener, Esquire
Email: rwienerlegal.com

January 22, 2019

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**AND U.S. FIRST CLASS MAIL**

Correctional Officer Laylor
c/o Monroe County Correctional Facility
4250 Manor Avenue
Stroudsburg, PA  18360

RE:   **Malik Dupree Edwards vs. Monroe County, et al.**
      **US District Court, Middle District of PA, Docket No.:  4:19-cv-00107**

Dear Correctional Officer Laylor:

Enclosed for service upon you, are the Summons in Civil Action; two (2) Waiver of the Service of Summons, Notice, Consent and Reference of a Civil Action to a Magistrate Judge, Disclosure Statement Pursuant to Fed. R.Civ. P.7.1 (Civil Action) and a copy of the Complaint in regard to the above matter.

If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

If you do not agree to waive the Service of the Summons, please be advised of the following:

1.   The Court can order you to pay the expense to serve the Summons; and

2. ...ble expenses, including ...ervice expenses.

...he time period prescribed

...ER, ESQUIRE

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Correctional Officer Laylor
C/o Monroe County Correctional Facility
4250 Manor Avenue
Stroudsburg, PA 18360

9590 9402 3178 7166 4415 54

2. Article Number (Transfer from service label)
7018 0360 0000 2659 4870

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   NCLF                            1/26

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery (...er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Eight Tower Bridge • Suite 400 • 161 Washington Street • Conshohocken, PA 19428
Phone: 610-832-8050 • Fax: 610-487-0300 • www.wienerlegal.com