IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK DUPREE EDWARDS | : |
| *Plaintiff* | : |
| v. | : |
| MONROE COUNTY | : |
| and | : |
| CORRECTIONAL OFFICER | : |
| SILVERIO (HOTEL #168) | : |
| and | : |
| CORRECTIONAL OFFICER HOWEY | : |
| and | : |
| CORRECTIONAL OFFICER | : CIVIL ACTION NO.: 4:19-cv-00107 |
| MARTYNOWICZ | : |
| and | : |
| CORRECTIONAL OFFICER WOJY | : |
| and | : |
| CORRECTIONAL OFFICER LAYLOR | : |
| and | : |
| SERGEANT PEREZ (HOTEL #19) | : |
| and | : |
| WARDEN GARRY HAIDLE | : |
| *Defendants* | : |

## CERTIFICATE OF SERVICE

I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on January 22, 2019, a true and correct copy of the Complaint in this matter was served upon Defendant, Correctional Officer Perez (HOTEL #19) c/o Monroe County Correctional Facility, 4250 Manor Avenue, Stroudsburg, PA 18360, as evidenced by the attached true and correct copy of the transmittal letter.

I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Theresa M. Miller
**Printed Name**

*[signature]*
**Signature**

**DATED:** February 4, 2019

Law Offices of
Richard M. Wiener, LLC

**Richard M. Wiener, Esquire**
**Email: rwienerlegal.com**

January 22, 2019

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**AND U.S. FIRST CLASS MAIL**

Correctional Officer Perez (HOTEL #19)
c/o Monroe County Correctional Facility
4250 Manor Avenue
Stroudsburg, PA 18360

**RE: Malik Dupree Edwards vs. Monroe County, et al.**
**US District Court, Middle District of PA, Docket No.: 4:19-cv-00107**

Dear Correctional Officer Perez:

Enclosed for service upon you, are the Summons in Civil Action; two (2) Waiver of the Service of Summons, Notice, Consent and Reference of a Civil Action to a Magistrate Judge, Disclosure Statement Pursuant to Fed. R.Civ. P.7.1 (Civil Action) and a copy of the Complaint in regard to the above matter.

If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

If you do not agree to waive the Service of the Summons, please be advised of the following:

1. The Court can order you to pay the expense to serve the Summons; and

2. Th... ...er you to pay the reasonable expenses, including ...ice expenses.

...time period prescribed

...R, ESQUIRE

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Correctional Officer Perez (Hotel #19)
C/o Monroe County Correctional Facility
4250 Manor Ave
Stroudsburg, PA 18360

9590 9402 3178 7166 4415 61

2. Article Number (Transfer from service label)
7018 0360 0000 2659 4887

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): MCF
C. Date of Delivery: 1/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt