IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIK DUPREE EDWARDS | : | |
| *Plaintiff* | : | |
| v. | : | |
| MONROE COUNTY | : | |
| and | : | |
| CORRECTIONAL OFFICER | : | |
| SILVERIO (HOTEL #168) | : | |
| and | : | |
| CORRECTIONAL OFFICER HOWEY | : | |
| and | : | |
| CORRECTIONAL OFFICER | : | CIVIL ACTION NO.: 4:19-cv-00107 |
| MARTYNOWICZ | : | |
| and | : | |
| CORRECTIONAL OFFICER WOJY | : | |
| and | : | |
| CORRECTIONAL OFFICER LAYLOR | : | |
| and | : | |
| SERGEANT PEREZ (HOTEL #19) | : | |
| and | : | |
| WARDEN GARRY HAIDLE | : | |
| *Defendants* | : | |

**CERTIFICATE OF SERVICE**

I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on January 22, 2019, a true and correct copy of the Complaint in this matter was served upon Defendant, Warden Garry Haidle c/o Monroe County Correctional Facility, 4250 Manor Avenue, Stroudsburg, PA  18360, as evidenced by the attached true and correct copy of the transmittal letter.

I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Theresa M. Miller
Printed Name

*[signature]*
Signature

**DATED:** February 4, 2019



**Law Offices of Richard M. Wiener, LLC**

Richard M. Wiener, Esquire
Email: rwienerlegal.com

January 22, 2019

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
AND U.S. FIRST CLASS MAIL**

Warden Garry Haidle
c/o Monroe County Correctional Facility
4250 Manor Avenue
Stroudsburg, PA  18360

RE:   **Malik Dupree Edwards vs. Monroe County, et al.
US District Court, Middle District of PA, Docket No.: 4:19-cv-00107**

Dear Warden Haidle:

Enclosed for service upon you, are the Summons in Civil Action; two (2) Waiver of the Service of Summons, Notice, Consent and Reference of a Civil Action to a Magistrate Judge, Disclosure Statement Pursuant to Fed. R.Civ. P.7.1 (Civil Action) and a copy of the Complaint in regard to the above matter.

If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

If you do not agree to waive the Service of the Summons, please be advised of the following:

1. The Court can order you to pay the expense to serve the Summons; and

2. The Court can also order you to pay the reasonable expenses, including service expenses.

the time period prescribed

NER, ESQUIRE

ohocken, PA 19428
erlegal.com