IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK DUPREE EDWARDS : | |
| : | |
| *Plaintiff* : | |
| : | |
| v. : | |
| : | |
| MONROE COUNTY : | |
| and : | |
| CORRECTIONAL OFFICER : | |
| SILVERIO (HOTEL #168) : | |
| and : | |
| CORRECTIONAL OFFICER HOWEY : | |
| and : | |
| CORRECTIONAL OFFICER : CIVIL ACTION NO.: 4:19-cv-00107 |
| MARTYNOWICZ : | |
| and : | |
| CORRECTIONAL OFFICER WOJY : | |
| and : | |
| CORRECTIONAL OFFICER LAYLOR : | |
| and : | |
| SERGEANT PEREZ (HOTEL #19) : | |
| and : | |
| WARDEN GARRY HAIDLE : | |
| : | |
| *Defendants* : | |

## CERTIFICATE OF SERVICE

I, Theresa M. Miller, paralegal to Richard M. Wiener, Esquire, counsel for Plaintiff, hereby states that on January 22, 2019, a true and correct copy of the Complaint in this matter was served upon Defendant, Correctional Officer Silverio (HOTEL #168) c/o Monroe County Correctional Facility, 4250 Manor Avenue, Stroudsburg, PA 18360, as evidenced by the attached true and correct copy of the transmittal letter.

I verify that the statements made in this Certificate of Service are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Theresa M. Miller
**Printed Name**

*/s/ Theresa M. Miller*
**Signature**

DATED: February 4, 2019



**Law Offices of Richard M. Wiener, LLC**

Richard M. Wiener, Esquire
Email: rwienerlegal.com

January 22, 2019

<u>**CERTIFIED MAIL/RETURN RECEIPT REQUESTED
AND U.S. FIRST CLASS MAIL**</u>

Correctional Officer Silverio (HOTEL #168)
c/o Monroe County Correctional Facility
4250 Manor Avenue
Stroudsburg, PA  18360

      RE:    Malik Dupree Edwards vs. Monroe County, et al.
              <u>US District Court, Middle District of PA, Docket No.:  4:19-cv-00107</u>

Dear Correctional Officer Silverio:

      Enclosed for service upon you, are the Summons in Civil Action; two (2) Waiver of the Service of Summons, Notice, Consent and Reference of a Civil Action to a Magistrate Judge, Disclosure Statement Pursuant to Fed. R.Civ. P.7.1 (Civil Action) and a copy of the Complaint in regard to the above matter.

      If you agree to waive the Service of the Summons, kindly sign the Waiver of the Service of Summons and return to me in the enclosed self-addressed stamped envelope.

      If you do not agree to waive the Service of the Summons, please be advised of the following:

      1.    The Court can order you to pay the expense to serve the Summons; and

[Certified mail return receipt card affixed, obscuring part of text. Visible fragments: "able expenses, including service expenses.", "the time period prescribed", "ER, ESQUIRE", "ocken, PA 19428"]

Return receipt card details:
- Article Addressed to: Correctional Officer Silverio (Hotel #168) c/o Monroe Co Correctional Facility 4250 Manor Ave, Stroudsburg, PA 18360
- 9590 9402 3178 7166 4415 16
- Article Number: 7018 0360 0000 2659 4832
- Service Type: ☒ Certified Mail®, ☒ Signature Confirmation™
- PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

Phone: 610-832-8050 • Fax: 610-487-0300 • www.wienerlegal.com